PAUL CALEO (SBN 153925)
pcaleo@grsm.com
AURUBA AL-ZIBDEH (SBN 355060)
aal-zibdeh@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
100 Pringle Avenue, Suite 300
Walnut Creek, CA 94596
Telephone: (510) 463-8600
Facsimile: (510) 984-1721

*Attorneys for Defendant*
STARBUCKS CORPORATION

# UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA DIAZ, an individual; MATEO ALVAREZ, a minor, by and through his Guardian Ad Litem ANDREA DIAZ,<br><br>Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION, a Washington Corporation; MARIKO DOE, an individual; and DOES 1 through 25, inclusive.<br><br>Defendants. | Case No.: 4:22-CV-07625-DMR<br><br>**FURTHER JOINT STIPULATION AND ORDER TO EXTEND TIME TO COMPLETE FACT AND EXPERT DISCOVERY PURSUANT TO GOOD CAUSE**<br><br>Complaint Filed:   April 29, 2022<br>Trial Date:           April 26, 2026 |

    Plaintiffs Andrea Diaz and Mateo Albarez by and through his Guardian Ad Litem, Andrea Diaz, ("Plaintiffs") and Defendant Starbucks Corporation ("Defendant") hereby submit the following Further Stipulation for Order Extending time (1) to complete non-expert discovery; (2) for initial disclosure and rebuttal disclosure of expert witnesses; and (3) to complete all discovery from expert witnesses.

    The joint request stems from good cause. Whereas the court issued its Second Amended Case Management & Pre-Trial Order on April 14, 2025, shortly after the parties submitted a Stipulation to extend time, Defendant's lead counsel, Emily Genge's last day of employment at Gordon Rees Scully Mansukhani, LLP was on April 11, 2025, after the filing of the Stipulation

-1-

STIPULATION AND ORDER TO EXTEND TIME TO COMPLETE FACT AND EXPERT DISCOVERY PURSUANT TO GOOD CAUSE

and before the court issued its Second Amended Case Management Order. Consequently, Defendant's new lead counsel was not made aware of the new dates and failed to appreciate the impending cut-off dates prior to initiating the necessary discovery. As a result, both parties still require additional time to complete necessary discovery, identify the proper experts, formally retain them, and disclose pursuant to the Federal Rules of Civil Procedure. Specifically, Plaintiff needs to depose Starbucks partners (employees), and Defendant intends to depose Plaintiff Diaz's treating physicians, as well as her fiancée, and obtain a medical examination of the Plaintiff Diaz.

WHEREAS the parties have made and continue to make good faith efforts to move this matter forward and complete the necessary fact and expert discovery.

WHEREAS Defendant has retained an expert to complete an IME of Plaintiff Diaz.

WHEREAS Plaintiff will be noticing the deposition of Starbucks partners and potentially a person most knowledgeable.

WHEREAS Defendant intends to depose up to three of Plaintiff's treating physicians.

WHEREAS the parties will be prejudiced if the current deadlines are not extended.

WHEREAS the parties request the following updated deadlines:

- Discovery Cutoff Date: 9/19/2025
- Disclosure of Expert(s) Deadline: 10/6/2025
- Supplemental Disclosure Deadline: 10/24/2025
- Expert Discovery Cutoff Date: 11/21/2025

**IT IS SO STIPULATED**

Dated: June 3, 2025            GORDON REES SCULLY MANSUKHANI, LLP

By: _____
Paul Caleo
Auruba Al-Zibdeh
Attorneys for Defendant
STARBUCKS CORPORATION

//
//
//

-2-
STIPULATION AND ORDER TO EXTEND TIME TO COMPLETE FACT AND EXPERT DISCOVERY PURSUANT TO GOOD CAUSE

1    Dated: June 3, 2025                    DOWNTOWN L.A. LAW GROUP

                                            By: _____
                                                Elina Shakhbazyan
                                                Attorneys for Plaintiffs
                                                ANDREA DIAZ and MATEO ALVAREZ

# ORDER

It is hereby ordered as follows that the new Discovery Cutoff Date is 9/19/2025; the new Disclosure of Expert(s) Deadline is 10/06/2025; the new Supplemental Disclosure Deadline is 10/24/2025 and the new Expert Discovery Cutoff Date is 11/21/2025.

**IT IS SO ORDERED.**

Dated: June 3, 2025



_____
HON. DONNA M. RYU
Chief Magistrate Judge

STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO COMPLETE FACT AND EXPERT DISCOVERY PURSUANT TO GOOD CAUSE

**PROOF OF SERVICE**
*Diaz, Andrea v. Starbucks Corp.*
Northern District of California, Case No. 4:22-CV-07625

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani, LLP, 100 Pringle Avenue, Suite 300, Walnut Creek, CA 94596. On the date set forth below, I served the within documents:

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO COMPLETE FACT AND EXPERT DISCOVERY PURSUANT TO GOOD CAUSE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ **VIA E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent by electronically mailing a true and correct copy through the Gordon Rees Scully Mansukhani, LLP electronic mail system from my email address: alombard@grsm.com, to the email address(es) set forth herein.

☐ by having Nationwide PERSONALLY DELIVER the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

☐ by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by FEDEX as part of the ordinary business practices of Gordon Rees Scully Mansukhani, LLP described below, addressed as follows:

| | |
|---|---|
| Elina Shakhbazyan, Esq.<br>**DOWNTOWN L.A. LAW GROUP**<br>910 S. Broadway Avenue<br>Los Angeles, CA 90015<br>Tel:   (213) 389-3765<br>Fax:   (877) 389-2775<br>Email: elina@downtownlalaw.com<br>         yuliana@downtownlalaw.com | Attorneys for Plaintiffs<br>ANDREA DIAZ |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 8, 2025 at Sacramento, California.

　　　　　　　　　　　　　　　　　　　　　*/s/ Angie Lombard*
　　　　　　　　　　　　　　　　　　　　　Angie Lombard